464 A.2d 531

Commonwealth v. Sexton, Appellant.

Submitted March 17, 1983. Michael D. Fioretti, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed in part and vacated in part.